June 6, 1979.

M. P. No. 79-172.   TOWN OF BARRINGTON *v.* THE INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 1774, AFL-CIO. The Town of Barrington is before us on a petition for common-law certiorari in which it asks that we review the arbitrators' decision on certain unresolved precontract issues which the arbitrators resolved in the union's favor. The issues concern salary and minimum manpower requirements.

The town's contentions are answered by our holdings in *Town of Narragansett* v. *International Association of Fire Fighters, AFL-CIO, Local 1589*, 119 R.I. 506, 380 A.2d 521 (1977), and *City of Warwick* v. *Warwick Regular Firemen's Ass'n*, 106 R.I. 109, 256 A.2d 206 (1969).

The petition for certiorari is denied. *Hinkley, Allen,*

*Salisbury & Parsons, Michael P. DeFanti,* for petitioner. *Hogan & Hogan, Edward T. Hogan,* for respondent.